PATRICK SKELLY, Appellant, *v.* THE METROPOLITAN ELEVATED
RAILWAY COMPANY et al., Respondents.

*Skelly* v. *Metropolitan Elevated R. Co.*, 1 App. Div. 51, affirmed.
(Argued January 18, 1899; decided February 3, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered Feb-
ruary 12, 1896, reversing a judgment in favor of plaintiff
entered upon a decision of the late Superior Court of the city
of New York on trial at Special Term, and granting a new
trial.

*Eugene D. Hawkins* and *Edward W. S. Johnston* for
appellant.

*Sidney Smith, Julien T. Davies* and *Charles A. Gardiner*
for respondents.

Order affirmed and judgment absolute ordered for defend-
ants on the stipulation, with costs, on opinion below.
All concur, except MARTIN and VANN, JJ., dissenting.

---

SOCIÉTÉ DES HUILES D'OLIVE DE NICE, Appellant, *v.* JAMES
RORKE, Respondent.

*Société des Huiles d'Olive* v. *Rorke*, 5 App. Div. 175, affirmed.
(Argued January 18, 1899; decided February 3, 1899.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered May
18, 1896, upon an order affirming a judgment in favor of
defendant entered upon a decision of the court on trial at
Special Term.

*James & Thomas H. Troy* for appellant.

*George A. Strong* and *Martin & Smith* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.